## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan A Garzon aka Alejandro Garzon, aka Alex Garzon<br>Claudia M. Garzon<br>      Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>      Movant<br>vs. | NO. 18-16259 mdc |
| Juan A Garzon aka Alejandro Garzon, aka Alex Garzon<br>Claudia M. Garzon<br>      Debtor(s)<br>Juan Andres Garzon<br>      Co- Debtor(s) | 11 U.S.C. Section 362 and 1301 (c) |
| William C. Miller Esq.<br>      Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA COROLLA , VIN: 2T1BURHE8GC682353 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 3RD day of September, 2019.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list