**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re

JUAN A GARZON
CLAUDIA M GARZON

Debtors.

In Chapter 13 Proceeding
Case No. 18-16259

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 9/21/2018 Docket Number 9.

Dated: This 10th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BRAD J SADEK
Attorney

WILLIAM C MILLER
Chapter 13 Trustee

Dated: This 10 th day of July , 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257