United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16259-mdc |
| Juan A Garzon | Chapter 13 |
| Claudia M. Garzon | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan A Garzon, Claudia M. Garzon, 303 Melvin Avenue, Morrisville, PA 19067-7537 |
| 14200573 | + | Aria Health Jefferson, 4900 Frankford Ave, Philadelphia, PA 19124-2618 |
| 14200577 | + | Cheshire Medical Center, 590 Court St, Keene, NH 03431-1719 |
| 14200578 | + | Cinvenient MD, 3 Nashua Road, Bedford, NH 03110-5515 |
| 14200588 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14200589 | + | Emergency Ambulance Kenne NH, 49 Court Street, Keene, NH 03431-3404 |
| 14200590 | + | First Second Mortgag, 50 Spring St, Cresskill, NJ 07626-2106 |
| 14200595 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14200599 | | Temple University Hospital, Broad & Ontario St, Philadelphia, PA 19140 |
| 14369465 | + | Toyota Motor Credit Corporation, c/o Kevin G, McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14237688 | | Wells Fargo Bank, National Association, not in it, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 29 2023 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 01:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14230122 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:48:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14200572 | + | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:30:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14200574 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2023 01:16:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14200575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:49:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14229498 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:48:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14237486 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:16:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14200579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:49:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14200581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:48:47 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14200582 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-16259-mdc    Doc 56    Filed 09/30/23    Entered 10/01/23 00:32:05    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 138OBJ | Total Noticed: 47 |

| Recip ID | | Notice Method | Notice Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14200584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:49:04 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| | | | Sep 29 2023 01:48:43 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14206654 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14200586 | + | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:16:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14200591 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2023 01:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14200576 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:49:46 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14200592 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2023 01:16:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14235229 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14200593 | + | Email/Text: Documentfiling@lciinc.com | Sep 29 2023 01:16:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14200594 | + | Email/PDF: pa_dc_claims@navient.com | Sep 29 2023 01:48:55 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14519028 | | Email/Text: mtgbk@shellpointmtg.com | Sep 29 2023 01:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14200596 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:16:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14237541 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:16:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14234426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:29:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14201276 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:29:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14200597 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:49:26 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14236707 | + | Email/Text: bncmail@w-legal.com | Sep 29 2023 01:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14200600 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2023 01:16:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14200601 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2023 01:16:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14200598 | | Email/Text: bncmail@w-legal.com | Sep 29 2023 01:16:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14231375 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:16:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14411018 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:49:54 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14225112 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14200602 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Sep 29 2023 01:17:00 | University of Pennsylvnania, 3451 Walnut St, Philadelphia, PA 19104-6205 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 138OBJ | Total Noticed: 47 |

| 14228200 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| --- | --- | --- | --- | --- |
| | | | Sep 29 2023 01:29:57 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14200603 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:28:02 | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14200580 | *+ | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14200583 | *+ | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14200585 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14200587 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Claudia M. Garzon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Juan A Garzon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Juan A Garzon and Claudia M. Garzon
       Debtor(s)                                                Case No: 18−16259−mdc
                                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/28/23