B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Juan A. Garzon                              ,           Case No.  18-16259

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Irwin Home Equity Loan Trust 2007-1 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known):  19
Amount of Claim:  $57,370.87
Date Claim Filed:  11/29/2018

Phone:  800-365-7107
Last Four Digits of Acct #:  7805

Phone:  800-365-7107
Last Four Digits of Acct. #:  7805

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Angela C. Pattison                              Date: 10/11/2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset     Save As...     Print

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Juan A. Garzon aka Alejandro Garzon aka Alex Garzon** <br> **Claudia M. Garzon** <br> Debtors | CASE NO.: 18-16259-mdc |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of the Transfer of Claim in the manner indicated below:

Juan A. Garzon
303 Melvin Avenue
Morrisville, PA 19067
Debtor
Via Regular Mail

Claudia M. Garzon
303 Melvin Avenue
Morrisville, PA 19067
Joint Debtor
Via Regular Mail

Brad J. Sadek
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Debtors' Counsel
VIA ECF

Kenneth E. West
1234 Market Street – Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee
Via ECF

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
Suite 310
Philadelphia, PA 19107
U.S. Trustee
Via ECF

Dated: October 11, 2023

*By: /s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com