United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16259-mdc

Juan A Garzon                                                             Chapter 13

Claudia M. Garzon

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 11, 2023                       Form ID: trc                                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14519028 | Email/Text: mtgbk@shellpointmtg.com | Oct 12 2023 00:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank  National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Irwin Home Equity apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wells Fargo Bank  National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Irwin Home Equity Loan Trust 2007-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BRAD J. SADEK | on behalf of Joint Debtor Claudia M. Garzon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Juan A Garzon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 11, 2023                       Form ID: trc                                 Total Noticed: 1

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                        on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16259-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Juan A Garzon
303 Melvin Avenue
Morrisville PA 19067

Claudia M. Garzon
303 Melvin Avenue
Morrisville PA 19067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 10/11/2023.

Name and Address of Alleged Transferor(s):

Claim No. 19: NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826,
Greenville, SC 29603-0826

Name and Address of Transferee:

Wells Fargo Bank, National Association, not in
NewRez LLC dba Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/13/23

Tim McGrath
**CLERK OF THE COURT**